**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGIOLOGIX INC., a Delaware corporation, ) | Case No.: 11-CV-00434-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER REGARDING STATUS REPORT** |
| ) | |
| MARIA A. MERCHANT, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| AND RELATED COUNTER-ACTION ) | |
| ) | |
| EVERIST GENOMICS, INC., a Michigan ) corporation, ) | Case No.: 11-CV-00437-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MARIA A. MERCHANT, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| AND RELATED COUNTER-ACTION ) | |
| ) | |

On June 20, 2011, the parties filed a status report informing the Court of the status of the
June 13, 2011 mediation.  The parties indicated that they hope to reach a settlement within two
weeks and request the Court's permission to file either a stipulated dismissal or a status report
updating the Court on the status of the settlement by July 18, 2011.  Accordingly, the Court

1

Case Nos.: 11-CV-00434-LHK, 11-CV-00437 LHK
ORDER REGARDING STATUS REPORT

1    ORDERS that the parties shall file either a stipulated dismissal or a status report by July 18, 2011.

2    The case schedule set at the June 2, 2011 Case Management Conference remains in effect.

3    **IT IS SO ORDERED.**

4

5    Dated: June 21, 2011                           _____

6                                                   LUCY H. KOH
                                                    United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case Nos.: 11-CV-00434-LHK, 11-CV-00437 LHK
ORDER REGARDING STATUS REPORT