UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGIOLOGIX INC., a Delaware corporation,<br><br>        Plaintiff,<br>    v.<br><br>MARIA A. MERCHANT, ET AL.,<br><br>        Defendants.<br><br>AND RELATED COUNTER-ACTION | Case No.: 11-CV-00434-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| EVERIST GENOMICS, INC., a Michigan corporation,<br><br>        Plaintiff,<br>    v.<br><br>MARIA A. MERCHANT, ET AL.,<br><br>        Defendants.<br><br>AND RELATED COUNTER-ACTION | Case No.: 11-CV-00437-LHK |

On September 28, 2011, the parties filed a joint case management statement informing the Court that the parties "have reached a written settlement of both related cases. The settlement agreement has been signed by all parties and provides for dismissal of both related actions upon

completion of closing conditions.  The parties anticipate that stipulations for dismissal will be submitted to the Court within no more than two weeks." ECF No. 30.

The case management conference set for October 5, 2011, is continued to October 19, 2011, at 2:00 p.m.  If the parties file their stipulations of dismissal by 5:00 p.m. PST, on Friday, October 14, 2011, the Court will vacate the case management conference.  Otherwise, the parties will be expected to attend the October 19, 2011 case management conference.

**IT IS SO ORDERED.**

Dated: September 30, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge