1  MICHAEL R. MATTHIAS, Bar No. 57728
   BAKER & HOSTETLER LLP
2  12100 Wilshire Blvd., 15th Floor
   Los Angeles, CA 90025-7120
3  Telephone:  310.820.8800
   Facsimile:  310.820.8859
4  Email:      mmatthias@bakerlaw.com

5  Attorneys for Plaintiffs and Counter-Defendants
   ANGIOLOGIX INC. and EVERIST GENOMICS, INC.
6  and Counter-Defendants WILLIAM WORZEL, STEVE EVERIST,
   TOM EVERIST, PRASAD SUNKARA, ALEX CHARLTON, and
7  NORTHSTAR CAPITAL ADVISORS GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANGIOLOGIX INC., a Delaware corporation, | Case No. CV 11-00434 LHK |
| Plaintiff, | Honorable Lucy H. Koh |
| v. | |
| MARIA A. MERCHANT, ET AL. | **STIPULATION FOR DISMISSAL** |
| Defendants. | |
| AND RELATED COUNTER ACTION | |
| EVERIST GENOMICS, INC., a Michigan corporation, | Case No. CV 11-00437 LHK |
| Plaintiff, | |
| v. | |
| MARIA A. MERCHANT, ET AL. | |
| Defendants. | |
| AND RELATED COUNTER ACTION | |

STIPULATION FOR DISMISSAL
CASE NOS. CV11-00434 LHK AND CV11-00437 LHK

503792657

IT IS HEREBY STIPULATED by and between the Plaintiffs and Counter-Defendants ANGIOLOGIX INC. and EVERIST GENOMICS, INC. and Counter-Defendants WILLIAM WORZEL, STEVE EVERIST, TOM EVERIST, PRASAD SUNKARA, ALEX CHARLTON, and NORTHSTAR CAPITAL ADVISORS GROUP, and Defendants and Counter-Claimants MARIA A. MERCHANT and ALEXANDR S. PARFENOV and Defendant ANGIOSCAN LTD. through their designated attorneys of record, that the above-captioned actions be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1), with all parties to bear their own costs and attorneys' fees.

Dated: October 18, 2011

BAKER & HOSTETLER LLP
MICHAEL R. MATTHIAS

s/Michael R. Matthias
Michael R. Matthias
Attorneys for Plaintiffs and Counter-Defendants ANGIOLOGIX INC. and EVERIST GENOMICS, INC. and Counter-Defendants WILLIAM WORZEL, STEVE EVERIST, TOM EVERIST, PRASAD SUNKARA, ALEX CHARLTON, and NORTHSTAR CAPITAL ADVISORS GROUP, LLC

Dated: October 18, 2011

MCPHARLIN SPRINKLES
 & THOMAS LLP

s/Thomas R. Hogan
Thomas R. Hogan
Attorneys for Defendants and Counter-Claimants MARIA A. MERCHANT and ALEXANDR S. PARFENOV, and DEFENDANT ANGIOSCAN LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANGIOLOGIX INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIA A. MERCHANT, ET AL.<br><br>Defendants.<br><br>AND RELATED COUNTER ACTION | Case No. CV 11-00434 LHK<br><br>Honorable Lucy H. Koh<br><br>**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL** |
| EVERIST GENOMICS, INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIA A. MERCHANT, ET AL.<br><br>Defendants.<br><br>AND RELATED COUNTER ACTION | Case No. CV 11-00437 LHK |

After considering the stipulation between the parties filed in this matter, and good cause appearing, IT IS HEREBY ORDERED THAT the above-captioned actions are DISMISSED with prejudice pursuant to FRCP 41(a)(1), with all parties to bear their own costs and attorneys' fees

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE LUCY H. KOH

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE

*Angiologix v. Maria Merchant, et al. and related counter action*
Case No. CV11-00434 LHK

STATE OF CALIFORNIA    )
                       )  ss.
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025. On **October 18, 2011**, I served the foregoing document described as **STIPULATION FOR DISMISSAL and [PROPOSED] ORDER ON STIPULATION FOR DISMISSAL** upon the following:

Thomas R. Hogan, Esq.
McPharlin Sprinkles & Thomas
160 West Santa Clara Street, Suite 400
San Jose, CA 95032
Tel: 408.293.1900
Fax: 408.293.1999
*Counsel for Defendants and Counter-Claimants
Maria A. Merchant and Alexandr S. Parfenov, and
Defendant Angioscan Ltd.*

[ ] BY EMAIL: I served the foregoing document on the interested parties in this action by transmitting the above-referenced document to the above-mentioned at the above email addresses.

[ ] BY MAIL: I placed true copies of the foregoing document in sealed envelopes addressed as stated on the above/attached service list. I placed such envelope, with postage thereon fully prepaid, for collection and mailing at 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] BY ELECTRONIC SERVICE/PACER-ECF: I caused the foregoing document to be filed and served via PACER/ECF upon the above-addressed party.

I declare under penalty pursuant to the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 18, 2011**, in Los Angeles, California.

Lisa M. Lovullo

PROOF OF SERVICE

503453772